# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 19-50058-btr |
| STEPHEN T. BOLLS AND JANET BOLLS, | § § | |
|    Debtors | § § | Chapter 7 |
| | § § | |
| AMY BOLLS KASLING, ATTORNEY IN FACT FOR JACK BOLLS, | § § § | ADV NO. 20-ap-05001 |
|    Plaintiff, | § § | |
| v. | § § | |
| BANK OZK, | § § | |
|    Defendant | § § § | |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO WITHDRAW MOTION TO DISMISS

Defendant Bank OZK ("OZK" or "Defendant") files this its *Unopposed Motion to Extend Deadline to File Response to Plaintiff's Second Amended Complaint and to Withdraw Motion to Dismiss*, and shows:

**I.**

1. On March 11, 2019, Stephen T. Bolls and Janet Bolls (the "Debtors") filed for bankruptcy protection under chapter 7 of title 11 of the United States Code.

2. On March 2, 2020, Plaintiff Amy Bolls Kasling, Attorney in Fact for Jack Bolls ("Plaintiff") filed her *Plaintiff's Original Complaint* (the "Complaint). [ECF Doc. No. 1].

3. Defendant filed its Motion to Dismiss on March 13, 2020. [ECF Doc. No. 6].

4. Plaintiff then filed her Amended Complaint on April 3, 2020. [ECF Doc. No. 11].

5. Based upon an agreement between the parties, Plaintiff filed her *Second Amended Complaint* on April 27, 2020. [ECF Doc. No. 12].

6. Defendant intends to file an answer but is also evaluating certain third-party claims. Further, Defendant may potentially substitute counsel.

7. As a result, Defendant respectfully requests that the Court extend the deadline to answer the *Second Amended Complaint* until June 8, 2020.

8. Further, Defendant requests that its Motion to Dismiss be withdrawn.

9. Plaintiff is unopposed to this request.

10. This request is not sought for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the deadline to file its response to Plaintiff's *Second Amended Complaint* be extended to June 8, 2020. Defendant further requests all other relief to which it may be entitled.

Respectfully submitted,

By: */s/ Stephen Wu*
**STEPEHN WU**
Texas Bar No. 24042396
swu@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: (214) 635-2650

*Attorneys for Bank OZK*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 26, 2020, counsel for Plaintiff indicated Plaintiff was unopposed to the relief sought in this Motion.

*/s/ Stephen Wu*
**STEPHEN WU**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on May 26, 2020 as stated below on the following:

<u>Via ECF Notification</u>:
Stephen W. Sather
ssather@bn-lawyers.com
BARRON & NEWBURGER, P.C.
7320 N. Mopac Expressway
Greystone II, Suite 400
Austin, Texas 78731
*Counsel for Plaintiff*

             */s/ Stephen Wu*
             **STEPHEN WU**